IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 95-40452
Summary Calendar

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOE WILLIAMS, JR.,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:94-CR-108-1
- - - - - - - - - -
May 7, 1996
Before KING, JOLLY and WIENER, Circuit Judges.

PER CURIAM:[*]

Joe Williams, Jr., appeals his conviction for conspiracy to possess with intent to distribute cocaine. Williams has not shown that either of his confessions to Special Agent King or to Officer Alldredge were not voluntary. United States v. Broussard, ___ F.3d ___, (5th Cir. Apr. 4, 1996, No. 94-20685), 1996 WL 159176 at *5 ("A confession is voluntary if, under the totality of the circumstances, the statement is the accused's

———————————

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

free and rational choice.")  Williams has not shown that the confession made to Special Agent King was inadmissible because of a delay in presentment to a magistrate judge.  See United States v. Alvarez-Sanchez, 114 S. Ct. 1599, 1604-05 (1994).

The other evidence in the case is sufficient to support his conviction because it corroborated his confessions.  United States v. Laury, 49 F.3d 145, 151 (5th Cir.), cert. denied, 116 S. Ct. 162 (1995); United States v. Ayala, 887 F.2d 62, 67 (5th Cir. 1989); Opper v. United States, 348 U.S. 84, 93 (1954).

Williams has not demonstrated that the district court plainly erred in either its instruction to the jury concerning reasonable doubt or its charge to the jury under  Allen v. United States, 164 U.S. 492, 501-02 (1896).  See United States v. Calverley, 37 F.3d 160, 162-64 (5th Cir. 1994) (en banc) (citing United States v. Olano, 507 U.S. 725, 731-37 (1993)), cert. denied, 115 S. Ct. 1266 (1995); United States v.Alonzo, 681 F.2d 997 (5th Cir.), cert. denied, 459 U.S. 1021 (1982).

AFFIRMED.